ORIGINAL

ECF

# In The United States Court of Federal Claims

RECEIVED
AUG 4 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Xavier Chemical Company

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Robert K. Huffman

Firm Name: Miller & Chevalier, Chartered

Post Office Box: 655 Fifteenth Street N.W. Suite 900

Street Address: 03-1823C

City-State-Zip: Washington, DC 20005

Telephone & Facsimile Numbers: 202-626-5800

E-mail address: rhuffman°milchev.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: A R M

**See attached Sheet for three digit code.**

Amount Claimed: $ "to be determined"

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003