# In the United States Court of Federal Claims

**No. 03-1823C**

**(Filed October 16, 2003)**

*** * * * * * * * * * * * * * * * * * * * * * * ***

**XAVIER CHEMICAL COMPANY,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

*** * * * * * * * * * * * * * * * * * * * * * * ***

**ORDER**

On August 4, 2003, this case was designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system. Pursuant to General Order No. 42, the attorneys of record must have a CM/ECF account and the court issues an account login and password only to members of the court's bar who have passed a certification test.

Records before the court indicate that plaintiff has not complied with this requirement. Plaintiff shall comply by Thursday, November 6, 2003, or the court will issue a show cause order why the case should not be dismissed for want of prosecution.

IT IS SO ORDERED.

/s/ Bohdan A. Futey

**BOHDAN A. FUTEY**
**Judge**