**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| XAVIER CHEMICAL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 03-1823C<br>(Judge Futey) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, counsel for Plaintiff Xavier Chemical Company respectfully seeks an enlargement of time of 14 days, to and including November 14, 2003, within which to file Plaintiff's Opposition to Defendant's Motion to Dismiss and For Partial Summary Judgment. Plaintiff's Opposition to this Motion is currently due on October 31, 2003. Plaintiff has not previously been granted any extensions for filing its Opposition. Plaintiff's counsel contacted Defendant's counsel, Kyle Chadwick, who indicated that Defendant does not oppose this request.

Plaintiff's counsel requires this enlargement of time due to scheduling conflicts. Counsel has two bid protests pending at the General Accounting Office, with a hearing occuring in one of the protests this week with post-hearing briefing due next week. Counsel has a parallel proceeding pending in the United States Court of Federal Claims with briefing this week and oral argument the following week.

For these reasons, Plaintiff requests this enlargement be granted.

Respectfully submitted,

s/Robert K. Huffman

Robert K. Huffman
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
202/626-5824
202/626-0858 Facsimile

Counsel for Plaintiff

*Of Counsel:*
Lisanne E.S. Cottington
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
202/626-5883
202/626-0858 Facsimile

Dated: October 24, 2003