# In the United States Court of Federal Claims

**No. 03-1823C**

**(Filed October 27, 2003)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **XAVIER CHEMICAL COMPANY,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

Plaintiff's Unopposed Motion For Enlargement Of Time, filed October 24, 2003, is hereby ALLOWED. Plaintiff shall have to and including Friday, November 14, 2003, within which to file its opposition to Defendant's Motion To Dismiss And For Partial Summary Judgment.

IT IS SO ORDERED.

_________________________________

**BOHDAN A. FUTEY**
**Judge**