IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| XAVIER CHEMICAL COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | Civil Action No. 03-1823C<br>Judge Futey |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S**
**PROPOSED FINDINGS OF UNCONTROVERTED FACT**

Pursuant to Rule 56(h)(2) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff Xavier Chemical Company ("Xavier"), hereby submits Plaintiff's Response to Defendant's Proposed Findings of Uncontroverted Fact.

**Defendant's PFUF No. 1**

The Volunteer Army Ammunition Plant ("VAAP") is a Government-owned, contractor-operated ("GOCO") army facility located in Chattanooga, Tennessee. It was established during World War II. Compl. ¶ 4.

**Plaintiff's Response to PFUF No. 1**

Agree.

**Defendant's PFUF No. 2**

The VAAP consists of approximately 7,000 acres and 405 buildings, including some out-of-service sulfuric acid production and concentration facilities. Compl. ¶ 5. The facility also contains approximately 23 miles of railroad tracks and 83 miles of roads. *Id.*, ¶ 6.

**Plaintiff's Response to PFUF No. 2**

Agree.

**<u>Defendant's PFUF No. 3</u>**

Various contractors have operated the VAAP for the Government since 1952. ICI Americas, Inc. ("ICI") was the operating contractor from November 1994 through December 1998. Compl. ¶¶ 7, 14, 17; *see* App. 1-13.

**<u>Plaintiff's Response to PFUF No. 3</u>**

Agree.

**<u>Defendant's PFUF No. 4</u>**

In July 1996, ICI entered into a subcontract, entitled a Facilities Use Agreement ("FUA"), with plaintiff, Xavier Chemical Company ("Xavier"). Compl. ¶ 10. The executed subcontract is reproduced in the Government's accompanying appendix at pages 25 through 46; *see also* App. 14-24 (facilities use proposal submitted to Army for plaintiff).

**<u>Plaintiff's Response to PFUF No. 4</u>**

Agree.

**<u>Defendant's PFUF No. 5</u>**

On approximately August 17, 2000, the Army notified Xavier in writing that Xavier's check for its annual usage fee, paid to Tecumseh Professional Associates (a successor of ICI), was returned for insufficient funds. App. 49-52. Xavier paid its usage fee with interest on September 14, 2000. App. 56-57.

**<u>Plaintiff's Response to PFUF No. 5</u>**

Agree.

**<u>Defendant's PFUF No. 6</u>**

In or about November 2000, Xavier allowed or caused railroad cars carrying sulfuric acid to enter and remain inside the boundary of the VAAP. App. 61-67. On or about December 1, 2000, the Army transmitted to Xavier the correspondence concerning those railroad cars reproduced in the Government's appendix at page 65. In August 2001, Xavier once again caused or allowed railcars carrying acid to enter and remain within the VAAP. App. 77.

**<u>Plaintiff's Response to PFUF No. 6</u>**

Agree.

**Defendant's PFUF No. 7**

In approximately August 2001, Xavier did not timely pay an insurance premium for its activities at the VAAP, and on August 14, 2001, the Army received from Willis of Tennessee, Inc., an insurance company, the notification reproduced in our appendix at page 74-75 that the policy would be canceled.

**Plaintiff's Response to PFUF No. 7**

Disagree. Xavier replaced the Willis of Tennessee insurance policy with another insurance policy that covered its activities at the VAAP. Kowalski Decl., ¶ 4. To the best of Xavier's understanding, there was no lapse in insurance coverage regarding those activities. *Id.* Therefore, Xavier timely paid an insurance premium for its activities at the VAAP.

**Defendant's PFUF No. 8**

As of August 17, 2001, when the Army terminated Xavier's license to enter and use the VAAP, Xavier had not paid its 2001 annual VAAP usage fee or insurance premium. App. 76-78; *see also* Compl. ¶¶ 38-39 (not alleging payment of fee).

**Plaintiff's Response to PFUF No. 8**

Disagree. As of August 17, 2001, when the Army terminated Xavier's Facilities Use Agreement, Xavier had paid the insurance premium. Kowalski Decl., ¶ 4.

Respectfully submitted,

s/Robert K. Huffman
Robert K. Huffman
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
202/626-5824
202/628-0858 Facsimile

Counsel for Plaintiff

*Of Counsel:*
Lisanne E.S. Cottington
Alexa Zevitas
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
202/626-5883
202/628-0858 Facsimile

Dated: November 14, 2003