IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| XAVIER CHEMICAL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-1823C<br>(Judge Futey) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b) of the Court's Rules, defendant, the United States, respectfully requests an enlargement of time of 14 days, from December 1, 2003 to and including December 15, 2003, to submit its reply brief. This is our first motion for this purpose. Robert Huffman, counsel for plaintiff, states that plaintiff does not oppose this request.

Since receiving plaintiff's opposition to defendant's summary judgment motion, undersigned counsel for defendant has devoted time to, among other things, preparing and filing appellate briefs in E.I. Du Pont de Nemours & Co., Inc. v. United States, No. 03-5137 (Fed. Cir.), and Ta Chen Stainless Steel Pipe, Ltd. v. United States, No. 02-1332 (Fed. Cir.), preparing for oral argument in Ford Motor Co. v. United States, No. 03-5092 (Fed. Cir.), and Empire Energy Management Systems, Inc. v. United States, No. 02-1277 (Fed. Cir.), preparing and filing a reply in support of summary judgment and opposition to a cross-motion for partial summary judgment in Leonardo v. United States, No. 99-441C (Fed. Cl.), engaging in settlement discussions in United

Medical Supply Co., Inc. v. United States, No. 03-289C (Fed. Cl.), preparing initial disclosures in Bell BCI, Inc. v. United States, No. 03-1613C (Fed. Cl.), and preparing an appeal recommendation regarding Kaw Nation, ex rel. Guy Monroe, Executive Council Chairman, et al., IBCA No. 4455A, 03-2 BCA ¶ 32,324. Under these circumstances, the requested enlargement of time is reasonable and should cause no undue delay.

CONCLUSION

For the reasons above, we respectfully request the Court to grant defendant's unopposed motion an enlargement of time of 14 days, from December 1, 2003 to and including December 15, 2003, to submit its reply in support of its motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

MARK A. MELNICK
Assistant Director

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:

CAPT. TIMOTHY J. RYAN
Trial Attorney
U.S. Army Litigation Center
Contract Appeals Division
Arlington, VA

November 26, 2003

CERTIFICATE OF FILING

I hereby certify that on November 26, 2003, a copy of foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick