# In the United States Court of Federal Claims

**No. 03-1823C**

**(Filed December 4, 2003)**

*** * * * * * * * * * * * * * * * * * * * * * ***

**XAVIER CHEMICAL COMPANY,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

*** * * * * * * * * * * * * * * * * * * * * * ***

**ORDER**

Defendant's Unopposed Motion For Enlargement Of Time, filed November 26, 2003, is hereby ALLOWED. Defendant shall have to and including Monday, December 15, 2003, within which to file its reply.

IT IS SO ORDERED.

/s/ Bohdan A. Futey

**BOHDAN A. FUTEY**
**Judge**