# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| XAVIER CHEMICAL COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | Civil Action No. 03-1823C<br>Judge Futey |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS UNOPPOSED MOTION TO FILE THE DECLARATION OF HARVEY MILAM AND THE AMENDED DECLARATION OF TED J. KOWALSKI, JR.

Plaintiff Xavier Chemical Company ("Xavier") hereby respectfully files this Memorandum In Support of its Motion to File the Declaration of Harvey Milam and the Amended Declaration of Ted J. Kowalski, Jr..

Xavier seeks leave to file the Declaration of Harvey Milam in support of its Opposition to Defendant's Motion to Dismiss and For Partial Summary Judgment. Mr. Milam is the President of Condor Insurance Limited, which issued a Surety Bond on behalf of Xavier for the benefit of ICI Americas, Inc. and subsequently the United States Army. Mr. Milam has personal knowledge regarding the Surety Bond and its status on August 17, 2001 when the Army terminated Xavier's Facilities Use Agreement. Counsel for Xavier was not able to contact Mr. Milam until after Xavier filed its Opposition to Defendant's Motion on November 14, 2003.

Xavier also seeks leave to file the Amended Declaration of Ted J. Kowalski, Xavier's President, in support of its Opposition to Defendant's Motion. Mr. Kowalski submitted a Declaration in connection with Xavier's Opposition on November 14, but he had not been able at that time to review certain Xavier documents in storage that pertained to Xavier's pollution

liability insurance policy. Mr. Kowalski (and counsel) has now had the opportunity to review those documents, some of which are attached as Exhibit 2 to his Amended Declaration. Mr. Kowalski's Amended Declaration also states that the facts and information set forth in the Declaration are based on his personal knowledge unless otherwise stated. Mr. Kowalski's Amended Declaration is the same as the Declaration that he submitted on November 14 in all other material respects.

Counsel for Defendant has authorized counsel for Plaintiff to state that Defendant does not oppose the grant of Plaintiff's Motion for Leave.

Respectfully submitted,

s/ Robert K. Huffman

Robert K. Huffman
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
202/626-5824
202/628-0858 Facsimile

Counsel for Plaintiff

*Of Counsel:*

Lisanne E.S. Cottington
Alexa Zevitas
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
202/626-5883
202/628-0858 Facsimile

Dated: December 8, 2003