# In the United States Court of Federal Claims

**No. 03-1823C**

**(Filed December 12, 2003)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **XAVIER CHEMICAL COMPANY,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

Plaintiff's Unopposed Motion For Leave To File The Declaration Of Harvey Milam And The Amended Declaration Of Ted J. Kowalski, Jr., is hereby ALLOWED and said declarations shall be filed as of this date.

IT IS SO ORDERED.

/s/ Bohdan A. Futey

**BOHDAN A. FUTEY**
**Judge**