**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| XAVIER CHEMICAL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 03-1823C<br>(Judge Futey)<br>(Judge Hodges - ADR) |

**RESPONSE OF PLAINTIFF XAVIER CHEMICAL COMPANY TO <u>COURT'S ORDER DATED FEBRUARY 2, 2004</u>**

Plaintiff Xavier Chemical Company wishes to particpate in the ADR program.

Respectfully submitted,

s/Robert K. Huffman

Robert K. Huffman
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
202/626-5824
202/626-0858 Facsimile

Counsel for Plaintiff

*Of Counsel:*
Lisanne E.S. Cottington
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
202/626-5883
202/626-0858 Facsimile

Dated: February 3, 2004