IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| XAVIER CHEMICAL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1823C |
| v. | ) | (Judge Hodges, ADR Judge) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATEMENT REGARDING ADR PILOT PROGRAM

In response to the Court's order of February 2, 2004, the Government wishes to defer decision regarding its participation in the ADR Pilot Program until its pending dispositive motion, which is fully briefed, is resolved.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

MARK A. MELNICK
Assistant Director

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:

CAPT. TIMOTHY J. RYAN
Trial Attorney
U.S. Army Litigation Center
Contract Appeals Division
Arlington, VA

February 6, 2004

CERTIFICATE OF FILING

I hereby certify that on February 6, 2004, a copy of foregoing statement was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick