# In the United States Court of Federal Claims

**No. 03-1823 C**

**XAVIER CHEMICAL COMPANY,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion, filed February 10, 2004,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of the plaintiff and the complaint is dismissed. No costs.

Brian Bishop
Clerk of Court

**February 10, 2004**

By: s/ Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies

and listing of all plaintiffs. Filing fee is $255.00.