**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
APR 5 2004
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| XAVIER CHEMICAL COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | Civil Action No. 03-1823C<br>(Judge Futey) |

**NOTICE OF APPEAL**

Notice is hereby given that plaintiff, Xavier Chemical Company, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on February 10, 2004.

Respectfully submitted,

Robert K. Huffman
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
202/626-5824
202/628-0858 Facsimile

Counsel for Plaintiff in
*Xavier Chemical Company*, No. 03-1823C

*Of Counsel*:
Alan I. Horowitz
Lisanne E.S. Cottington
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
202/626-5883
202/628-0858 Facsimile

Dated: April 5, 2004

## CERTIFICATE OF SERVICE

I hereby certify that I have this 5th day of April, 2004 caused the foregoing **NOTICE OF APPEAL** to be served by facsimile and by postage paid United States First Class Mail upon the following:

David M. Cohen, Esq.
Jeanne E. Davidson, Esq.
Kyle Chadwick, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, DC 20530

Counsel for Defendant

Lisanne E.S. Cottington